UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-539 |
| Plaintiff - Appellee, | D.C. No. 1:17-cr-02015-EFS-1 |
| v. | Eastern District of Washington, Yakima |
| JOHNNY ANDRES ASUNCION III, | ORDER |
| Defendant - Appellant. | |

Before: MURGUIA, Chief Judge, and W. FLETCHER and OWENS, Circuit Judges.

This case is held in abeyance pending issuance of the mandate in *United States v. Duarte*, No. 22-50048. This case is also removed from submission pending further order of the court. Appellant's unopposed motion to stay/allow additional briefing (Dkt. No. 38) is denied as moot.